# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT,**<br><br>           **Plaintiff,**<br>vs.<br><br>**H. DALE HALL, Director, United States Fish and Wildlife Service; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States,**<br><br>           **Defendants.** | Case No. CV 06-0073-S-EJL<br><br><br>**JUDGMENT** |

Based upon this Court's Memorandum Order, dated September 24, 2007, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **September 24, 2007**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT
07ORDERS\WesternWatersheds_JDM

1